PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | DOCKET NUMBER *(Tran. Court)* S4 98 CR 968-05(BSJ) | |
| | | DOCKET NUMBER *(Rec. Court)* | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Alfred Semidey | DISTRICT SOUTHERN DISTRICT OF NEW YORK | DIVISION Southern District of New York | |
| | NAME OF SENTENCING JUDGE Honorable Barbara S. Jones | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/28/05 | TO 10/27/2010 |

OFFENSE

18 USC 1962: Assault With a Deadly Weapon In Aid of Racketeering and !8 USC 1959: Using and Carrying a Firearm In Connection With a Crime of Violence

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Rhode Island upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/15/06
*Date*

Barbara S. Jones
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Rhode Island

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 16, 2007
*Effective Date*

Mary M. Lisi
*United States District Judge*