# United States District Court

## *District of Rhode Island*

RECEIVED
U.S. MARSHALS SERVICE
JUN 25 2007
District of Rhode Island

UNITED STATES OF AMERICA

v.

ALFRED SEMIDEY

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 07-07S

(Name and Address of Defendant)
ALFRED SEMIDEY
c/o Lorraine Genese
15A APACHE DRIVE, WESTERLY, RI 02891

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | Courtroom B |
| Before: Magistrate Judge David L. Martin | Date and Time<br>Friday, June 29, 2007 at 10:00 am |

To answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☒ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 3583(d)

Brief description of offense:
Violation of Supervised Release

[signature]
Signature of Issuing Officer

June 25, 2007
Date

Martha Saucier, Deputy Clerk
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 6/29/07

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: Federal Magistrate Court
Providence, RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 6/29/07
Date

Burton Stallwood
Name of United States Marshal

Robert D. Young
(by) Deputy United States Marshal

Remarks:
Note: Atty Previously Served Electronically

FILED
2007 JUN 29 A 11:49
DISTRICT COURT
RHODE ISLAND

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.