**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA** )
)
**v.** ) Cr. No. **1:07-CR-007-01S**
)
**Alfred Semidey** )

**ORDER**

**Pursuant to a hearing on October 11, 2007, and in accordance with Rule 32.1(c) of the Federal Rules of Criminal Procedure and Title 18, United States Code, §3583(e)(2), the conditions of supervised release, as ordered by the Honorable Barbara S. Jones in the Southern District of New York on July 8, 2003, are amended to include the following:**

**1) The defendant shall submit up to 72 drug tests per year.**

**2) The defendant shall take all prescribed medications and comply with the instructions of the substance abuse and mental health treatment providers.**

Per Order,

[signature]
Deputy Clerk

Enter:

[signature]
WILLIAM E. SMITH
United States District Judge

Date: 10/12/07